**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                              No. 4:06CR00106-02 JLH

STANLEY CHARLES JOHNSON                                                                      DEFENDANT

## ORDER

On February 15, 2008, the Court accepted a change of plea from not guilty to guilty and did so via videoconferencing pursuant to the request of the defendant, Stanley Charles Johnson. It has come to the Court's attention that the change of plea may be invalid because of the appearance of the defendant via videoconferencing rather than in person. Therefore, the Court hereby sets aside Johnson's plea of guilty.

IT IS SO ORDERED this 14th day of April, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE